# DOCUMENTS TO BE SEALED

## PLAINTIFF

-V-

## DEFENDANT

DOCKET NUMBER: __19 CV 7320__

DATE FILED: __AUG 6 2019__

SIGNED BY: __JUDGE RAKOFF__

DATE SIGNED: __AUG 6 2019__

TO BE FILED UNDER SEAL:

____ ENTIRE ACTION

__X__ COMPLAINT / PETITION ONLY

__X__ OTHER DOCUMENTS / EXHIBITS



FILED
U.S. DISTRICT COURT
2019 AUG -6 PH
S.D. OF N.Y.